### BRANTLEY *v.* TAYLOR.

FISH, P. J.   1. Assignments of error not referred to in the brief of the plaintiff in error will be considered as abandoned.

2. The Supreme Court will not disturb the first grant of a new trial upon certiorari from a city court, when the verdict was not demanded by the evidence.   *Walker* v. *Hughes,* 120 *Ga.* 1079.

*Judgment affirmed.   All the Justices concur.*

Submitted November 28, — Decided December 12, 1904.

Certiorari.   Before Judge Lewis.   Laurens superior court. August 5, 1904.

*F. G. Corker* and *Akerman & Akerman,* for plaintiff.
*Peyton L. Wade* and *Griner & Baldwin,* for defendant.